

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00048-CR

| | | |
|---|---|---|
| ELIJAH RAY FOY, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1492984D) |
| V. | § | January 20, 2022 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the trial court's judgment to delete the $409 fine. We also modify the Order to Withdraw Funds incorporated into the trial court's judgment to delete the $5,970 in its entirety. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack